Dear Honorable Joseph J. Farnan &
Parties involved,

08-210

I am victum to unecessary delay in indictment and Speedy Trial, ranging from "45 to 60 days, to 120 days". Other Concerns are Medical inadaqautte Services and in genral S.O.P.'s in wich I was hostage to official misconduct and more negligance — this pass August 13th 07, and been subject to screwtny of crule and unusall punishment inflicted, adding insult to injury. I'm motioning 46I, 48b to adress this false imprisionment and incodent stemming from officers acting out of line of duty; in hopes that you'll Sanction these cases # 0611022028, 0708018465, 06-12010374 pending trial in unecessary delay in and for Serperior Court.

Sincerly
SBI# 449406
[signature]

FILED
APR 11 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
scanned

Dear Clerck, 4/9/08

I'm submitting an apeal (to be perfected by council of John Frank ESQ.) In oder to adaqautly adress State Erros With Claims of incompetent Status. Flaws such as exposure of confidentiality; exploiting the sealed recourd of a minor and other lawguidelines or Administrative oder disregaurds. I'm requesting these issues be resolved as soon as possible.

SBI#449406

John Stephenson

RECEIVED
APR 11 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Dear Clerck, 4/9/08

My intrest is to apeal Civil commitment hearing.(08I-03-091.) In regaurds that John frank Soley responsible to the pefecting of apeal....

Sincerly
#449406

- Under protest
John Johnson

FILED
APR 11 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
PO scanned



J. Stephenson-DPC
1901 N DuPont Hwy
New Castle DE 19702
Clerck
Surpreme court
Lock box 18
844 N. King street
Wilmington DE 19801
$00.41
04/10/2008
US POSTAGE
Hasler