Dear Clerck

08-210 (UNA)

My intention is to perfect an apeal threw council John Frank esq adaqautly. In regaurds to unicessary delay, of indictmunt - Speecy Trial, etc. C.A. N008I-03-0911.

Sincarly SBI#449406

[signature]



FILED
APR 18 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

scanned

