Dear Clerck – John Frank, Esq,

CA 08-210 JJF

I'm focused on the intent of apeal to civil commitment or Involentary imprisionment; case No. 08 I-03-091. in commission of unecessary delay in indictment or brining the defendant to speedy Trial, etc.

Sincerly

Joshua Stephenson



RECEIVED
APR 21 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE



J Stephenson DPC
1901 N Dupont Hwy
New Castle DE 19702

Clerk
Lock box 18
844 N King Street
Wilmington DE 19801