CA 08-210 JJF

Dear Peter T. Dalleo,    May 16th 2008

It is my intent to overturn my current status and custody with my solid ground for dismissal. For the fact of unecessary delay in indictment or bringing the defendant to trial; crimminal rules 46 I, 48 B, and cheif justice rules for denile of speedy trial. The ~~Crimminal Time frames Procedure have~~ Crimminal Procedure Timeframes, have been disregaurded long enough without due sanction. I'm request someone apply motions for dismissal on my behalf.

Sincerly

SBI #449406    [signature]



