IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

JOSHUA STEPHENSON,                :
                                  :
        Petitioner,               :         08-210
                                  :
v.                                :    Civil Action No. 08-37-JJF
                                  :
PERRY PHELPS,                     :
Warden, and ATTORNEY              :
GENERAL OF THE STATE              :
OF DELAWARE,                      :
                                  :
        Respondents.              :

**AEDPA ELECTION FORM**

1.  _____    I agree that my pending complaint is a petition for federal habeas relief filed pursuant to 28 U.S.C. § 2254.  I am filing a proper form for federal habeas relief pursuant to 28 U.S.C. § 2254 along with this election form, and I wish the court to rule on the grounds asserted in my form § 2254 petition.  I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of for the Third Circuit; therefore, this petition will be my one opportunity to seek federal habeas corpus relief.

2.  _____    I agree that my pending complaint is a petition for federal habeas relief filed pursuant to 28 U.S.C. § 2254.  However, I wish to amend my § 2254 petition to include all the grounds I have.  I will complete and file a proper form § 2254 petition with all my grounds and amendments within thirty (30) days.  I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States



                    Court of Appeals for the Third Circuit; therefore, this amended all-inclusive petition will be my one opportunity to seek federal habeas corpus relief.

3. ____✓____  I agree that my pending complaint is a petition for federal habeas relief filed pursuant to 28 U.S.C. § 2254. However, I wish to withdraw my § 2254 petition without prejudice to file one all-inclusive petition in the future; that is, one that raises all the grounds I have for federal habeas corpus relief. I realize this all-inclusive petition must be filed within the one-year period as defined by 28 U.S.C. § 2244(d). See <u>Swartz v. Meyers</u>, 204 F.3d 417 (3d Cir. 2000).

(16 I, 18 B)

4. _____  I do not agree with the court's re-characterization of my complaint as a § 2254 petition because I am not seeking federal habeas corpus relief. I am instead seeking relief under _____.

_____
Petitioner [signature]

Johnson-McC[...]
[...] Port Hwy
Newcastle DE 19720



Office of the Clerk
United States District Court
844 N King Street Lockbox 18
Wilmington, Delaware 19801-3570