IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOSHUA STEPHENSON, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civil Action No. 08-210-JJF |
| | : | |
| PERRY PHELPS, | : | |
| Warden, and ATTORNEY | : | |
| GENERAL OF THE STATE | : | |
| OF DELAWARE, | : | |
| | : | |
| Respondents. | : | |

### ORDER OF DISMISSAL

Petitioner Joshua Stephenson's request to voluntarily withdraw his § 2254 petition is **GRANTED**, and the above-captioned matter is **DISMISSED** without prejudice. (D.I. 8.) Respondents have not yet served an Answer. Fed. R. Civ. P. 41(a)(1); see Hilton v. Braunskill, 481 U.S. 770, 776 n.5 (1985)(Federal Rules of Civil Procedure may be applied to habeas corpus petitions filed pursuant to 28 U.S.C. § 2254 as long as the Rules are not inconsistent with the Rules Governing Habeas Corpus Cases Under § 2254). The Clerk is directed to close the case.

_6/24/2008_
DATE

_[signature]_
UNITED STATES DISTRICT JUDGE